United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YOUNG,<br><br>        Petitioner,<br><br>  vs.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>        Respondent. | No. C 11-06235 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

    On December 13, 2011, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk of the court sent a notice to Petitioner that the petition was deficient because he failed to pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 2.) Petitioner was directed to respond within thirty days of the notice to avoid dismissal of the action. (Id.)

    On January 5, 2012, Petitioner filed an IFP application which is deficient because he failed to submit the following supporting documents: 1) a Certificate of Funds in Prisoner's account completed and signed by an authorized prison official; and 2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 4.)

1  In the interest of justice, Petitioner is granted an extension of time to file the
2  missing documents to complete his IFP application.  Petitioner must file the missing
3  documents described above **no later than thirty (30) days** from the date this order
4  is filed.  In the alternative, Petitioner may file the $5.00 filing fee in the same time
5  provided.

6  **FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE**
7  **WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS**
8  **ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

9  The Clerk shall enclose two blank copies of the Certificate of Funds in
10  Prisoner's Account with a copy of this order to Petitioner.

DATED: 4/19/2012



EDWARD J. DAVILA
United States District Judge

Order Granting EOT to file IFP
G:\PRO-SE\SJ.EJD\HC.11\06235Young_eot-ifp.wpd           2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRIAN YOUNG,

        Petitioner,

  v.

ALAMEDA COUNTY SUPERIOR COURT,

        Respondent.

                                   /

Case Number: CV11-06235 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/20/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Young BBT 898
Santa Rita County Jail
5325 Broder Blvd.,
Dublin, CA 94568

Dated: 4/20/2012

                                           Richard W. Wieking, Clerk
                                           /s/By: Elizabeth Garcia, Deputy Clerk