IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YOUNG,<br><br>      Petitioner,<br><br>vs.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>      Respondent. | No. C 11-06235 EJD (PR)<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO PAY FILING FEE |

On December 13, 2011, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk of the court sent a notice to Petitioner that the petition was deficient because he failed to pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 2.)

On January 5, 2012, Petitioner filed an IFP application which was deficient because he failed to submit the following supporting documents: 1) a Certificate of Funds in Prisoner's account completed and signed by an authorized prison official; and 2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 4.) In the interest of justice, Petitioner was granted an extension of time to file the missing documents to complete his IFP application, such

Order Granting 2nd EOT to Pay Fee
G:\PRO-SE\SJ.EJD\HC.11\06235Young_eot-ifp2.wpd

1 that a response was due no later than May 20, 2012. (See Docket No. 7.)

2 On May 7, 2012, Petitioner filed a letter indicating that he was attempting to pay the $5.00 filing fee. In the interest of justice, the Court grants Petitioner a second extension of time to pay the filing fee. Petitioner must file proof that he paid the $5.00 filing fee **no later than June 19, 2012**.

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

DATED: 5/29/2012

EDWARD J. DAVILA
United States District Judge

Order Granting 2nd EOT to Pay Fee
G:\PRO-SE\SJ.EJD\HC.11\06235Young_eot-ifp2.wpd                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRIAN YOUNG,

        Petitioner,

v.

ALAMEDA COUNTY SUPERIOR COURT,

        Respondent.

Case Number: CV11-06235 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/30/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Young BBT 898
Santa Rita County Jail
5325 Broder Blvd.,
Dublin, CA 94568

Dated: 5/30/2012

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk